[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM FOR DEFICIENCY JUDGMENT AFTER STRICT FORECLOSURE
The court finds the following:
Date of Judgment of Strict Foreclosure January 27, 1992
Date Title Vested February 20, 1992
FMV on date of Judgment of Strict Foreclosure $1,777,000.00
Determination of FMV on the date title vested $1,757,000.00
Original Debt (at time of Judgment) $2,960,603.51
DEBT AS OF DATE OF VESTING — Judgment Debt plus $19,466.88 (24 days of interest on Judgment at 10% = $811.12 per day) $2,980,070.39
STATUTORY INTEREST
Subtotal of Original Debt $2,980,070.39
FMV (as determined by the Court at deficiency hearing) — $1,757,000.00 CT Page 7308 ------------ Subtotal $ Statutory Rate of Interest x 10% ------------ Subtotal $ : 365 days ------------ Subtotal $ No. of days from the date of vesting to the date of deficiency x 417 days ------------ STATUTORY INTEREST $ 139,731.55 ------------
--------------------------------------------------------------------------
STATUTORY INTEREST $ 139,731.55
COSTS, including title search and appraisal fees awarded at Judgment + $ 5,567.70
ATTORNEY'S FEES (to date) + 41,213.57
TAX PAID (Town of Wolcott) + 58,971.60
TAXES DUE (Town of Plymouth)
ADDITIONAL APPRAISAL FEES + 5,000.00 ---------- Subtotal $250,484.42
Original Debt with Interest + $2,980,070.39 ------------ TOTAL DEBT $3,230,554.70
FMV (as determined by the court at the deficiency hearing) — $1,757,000.00 ------------ DEFICIENCY JUDGMENT $1,473,554.70
/s/ Patty Jenkins Pittman, J. PATTY JENKINS PITTMAN CT Page 7309